IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  08 C 1205 |
| THE WACKENHUT CORPORATION, | ) ) | Judge James B. Moran |
| Defendant. | ) ) | |

## NOTICE OF MOTION

To:   Leslie Jane Ward
      Alexia M. Kulwiec
      Steven M. Stewart
      SEIU Local 1
      111 East Wacker Drive, Suite 2500
      Chicago, IL 60601

**PLEASE TAKE NOTICE** that on Tuesday, April 8, 2008 at 9:15 a.m., the undersigned shall appear before the Honorable Judge James B. Moran, in courtroom 1843, United States District Court, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present, **Defendants' Unopposed Motion for an Extension of Time in Which to Answer or Otherwise Plead and for Other Relief.**

THE WACKENHUT CORPORATION, Defendant

By:   /s/ Laurie E. Leader
      Attorney for Defendant

Laurie E. Leader
Chicago-Kent College of Law
Law Offices
565 West Adams Street, Suite 600
Chicago, IL 60661
(312) 906-5048

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of April, 2008, I filed this Notice, Defendant's Unopposed Motion for an Extension of Time in Which to Answer or Otherwise Plead and for Other Relief, and an Attorney Appearance, electronically with the Clerk of the Court using the CM/ECF system and that the following persons were served with notification of such filing via facsimile and via email by the Court:

Leslie Jane Ward
Alexia M. Kulwiec
Steven M. Stewart
SEIU Local 1
111 East Wacker Drive, Suite 2500
Chicago, IL 60601


        THE WACKENHUT CORPORATION, Defendant

        By: /s/ Laurie E. Leader
            Attorney for Defendants