UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Service Employees International Union, Local 1
                                              Plaintiff,

v.                                            Case No.: 1:08−cv−01205
                                              Honorable James B. Moran

Wackenhut Corporation, The
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

MINUTE entry before Judge Honorable James B. Moran:Defendant's unopposed motion for extension of time in which to answer or otherwise plead and for other relief [10] is granted. Status hearing set for 4/15/2008 is stricken and reset to 4/29/2008 at 09:15 AM. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.