# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

December 18, 2019

| Before: | WILLIAM J. BAUER, Circuit Judge |
| | MICHAEL B. BRENNAN, Circuit Judge |
| | AMY J. ST. EVE, Circuit Judge |

| No. 19-1831 | CHRISTINE DANCEL, Plaintiff - Appellant  v.  GROUPON, INC., Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:18-cv-02027  Northern District of Illinois, Eastern Division  District Judge Ronald A. Guzman | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)